IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80361-CIV MARRA/JOHNSON

ASPEN LICENSING INTERNATIONAL, INC.,
A Florida Corporation,

       Plaintiff,

vs.

VZI INVESTMENT CORP.,
a Delaware Corporation,

       Defendants.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, ASPEN LICENSING INTERNATIONAL, INC., by and through its undersigned attorney, and VZI INVESTMENT CORP., by and through its undersigned attorney, and pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., file this Joint Stipulation for Dismissal with Prejudice of this matter, and hereby stipulate and agree that:

1.     all matters and things in controversy between them have been amicably settled and resolved and that each party shall bear their own attorneys' fees and costs; and,

2.     this Joint Stipulation disposes of this entire action, including the Complaint [DE 1] and the Second Amended [Answer, Affirmative Defenses and] Counterclaim [DE 32]. Defendant, MAKO TEN, INC. was previously dismissed by Joint Stipulation of the Parties [DE 22] and Order [DE 24]; and,

3.     the Court reserves jurisdiction to enforce the Settlement Agreement entered into by the parties.

s/William R. Trueba, Jr.
Florida Bar. No. 117544
ESPINOSA | TRUEBA, PL
Attorneys for VZI Investment Corp.
3001 SW 3rd Avenue
Miami, FL 33129
(305) 854-0900 (telephone)
(305) 285-5555 (facsimile)
wtrueba@etlaw.com

s/Kenneth N. Johnson
Florida Bar No.: 0070841
RUTHERFORD MULHALL, P.A.
Attorneys for Aspen Licensing Int'l, Inc.
PGA Financial Plaza, Suite 240
3399 PGA Boulevard
Palm Beach Gardens, FL 33410-2804
(561) 691-8111 (telephone)
(561) 625-6186 (facsimile)
Kjohnson@rmlawyer.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 6, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronic Notices of Filing.

      s/Kenneth N. Johnson
      KENNETH N. JOHNSON

## <u>SERVICE LIST</u>

Aspen Licensing International, Inc.v. VZI Investment Corp.
Case No. 10-80361-CIV-MARRA/JOHNSON


William R. Trueba, Esq.
Espinosa | Trueba, PL
3001 S.W. 3rd Avenue
Miami, FL 33129
Tel: 305/854-0900
Fax: 305/285-5555
wtrueba@etlaw.com


Lora A. Moffat, Esq.
Salans LLP
620 Fifth Avenue
New York, NY 10020
Tel: 212/632-5500
Fax: 212/632-5555
lmoffatt@salans.com


Alison G. Carlson, Esq,
Salans LLP
620 Fifth Avenue
New York, NY 10020
Tel: 212/632-5500
Fax: 212/632-5555
acarlson@salans.com